UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO OVIDIO LOPEZ PEREZ, (A#200-247-336),<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA CITY CORRECTION CENTER,<br><br>Respondent. | No.  1:26-cv-02289-DJC-SCR<br><br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondent filed objections to the findings and recommendations for the reasons indicated in their prior answer.  ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by

1

the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted.

3. Respondent is ordered to immediately release petitioner Edgardo Ovidio Lopez Perez (A#200-247-336) based on the same conditions he was subject to immediately prior to his detention on November 14, 2025. Respondent shall not impose any additional restrictions on him unless they are determined to be necessary at a future pre-deprivation/custody hearing.

4. At the time of release, respondent must return all of petitioner's documents and possessions.

5. If the government seeks to re-detain petitioner, it must provide no less than seven (7) days notice to petitioner and provide petitioner with a bond hearing before an immigration judge at which the government must prove by clear and convincing evidence that petitioner is a flight risk or danger to the community such that his re-detention is warranted.

6. The Clerk is directed to serve the California City Correction Center with a copy of this Order.

7. This order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal and petitioner receives notice of that final order of removal.

8. The Clerk of Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2